UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **KATHY F.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:22-cv-00239-JDL |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of** | ) |
| **Social Security,** | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

Kathy F. seeks judicial review of the Social Security Administration Commissioner's final decision determining that she is not disabled and denying her application for Supplemental Security Income benefits (ECF No. 1). Pursuant to 28 U.S.C.A. § 636(b)(3) (West 2023) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge Karen Frink Wolf held a hearing on Plaintiff's Statement of Errors (ECF No. 13) on June 14, 2023. The Magistrate Judge filed her Recommended Decision with the Court on June 28, 2023 (ECF No. 25), recommending that the Court vacate the Commissioner's decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

Notwithstanding this waiver, after reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record, I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's

1

Recommended Decision.  I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 25) of the Magistrate Judge is hereby **ACCEPTED**, and the Commissioner's decision is **VACATED**, and the matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C.A. § 405(g) (West 2023) for further administrative action consistent with this opinion.

**SO ORDERED.**

**Dated: August 18, 2023.**

                                                               /s/ Jon D. Levy
                                       **CHIEF U.S. DISTRICT JUDGE**